U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

APR 0 5 2011

CHRIS R. JOHNSON, Clerk
By

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF ARKANSAS
### HARRISON DIVISION

**DAVID STEBBINS**                                                                              **PLAINTIFF**

vs.                                             11-3029

**HARP & ASSOCIATES REAL ESTATE SERVICES**                  **DEFENDANTS**

### MOTION TO CONFIRM ARBITRATION AWARD

Comes now David Stebbins, who hereby initiates the following motion for declaratory relief against the Harp & Associates Real Estate Services ("Harp"), who are headquartered at 300 S. Main St, Harrison, AR 72601 and have the phone number of 870-365-0321.

Harp is currently my landlord. They are the agents for the owner of the land at 1407 N Spring Rd, APT #5, Harrison, AR 72601, which is my current address. The owner resides is Fresno, California. This is how the United States District Court for the Western District of Arkansas has jurisdiction to consider this case: It concerns an arbitration issue in a contract affecting interstate commerce.

On the date of March 12, 2011, I sent Harp & Associates an email that contained an invitation to modify our lease agreement. This modification included, among other things, an arbitration agreement, which stated, among other things, the following:

1. We must hold all legal disputes between us, even those not related to this contract, to binding arbitration, using either the services of www.net-arb.com, the American Arbitration Association, or the National Arbitration Forum.

2. If I send Harp an invitation to arbitrate, and they do not accept the invitation within 24 hours of receiving it, I automatically win the relief requested, regardless of the merits of the case.

3. The contract is accepted if Harp accepts my rent check for the month of April, 2011, written out for $200. This is more than I usually pay in rent, because I receive Section 8 Federal Housing Benefits, which reduce my rent to $192 per month. To reject this modification to our lease

agreement, Harp must reject the $200 rent check and demand a $192 rent check.

A few hours later, I sent them a second email, stating that the terms of my offer were being amended. It said that, if I cannot afford to pay for the arbitration, they must pay for it, for me.

The contract was entered into on April 1, 2011, when Stephanie Sanders, the property manager at Harp, and the one normally responsible for receiving my rent check, took the check from me, and even wrote a handwritten receipt to prove that I gave it to her.

Later that day, at 2:01PM, I sent Harp a Submission to Arbitration form over email. This arbitration submission form called for injunctive relief; they were to cease the current eviction issue against me, and renew my Section 8 benefits after they expired.

Per the forfeit victory clause, they were required to accept the arbitration invitation and return it to me by 2:01PM on Saturday, April 2, 2011. However, they have not done so.

Wherefore, I respectfully pray that you confirm the arbitration award, grant the equitable relief that I sought, award costs incurred, and other relief that the court finds appropriate.

It is so requested, on this 3rd day of April, 2011.

Also, as you can see, I am petitioning for leave to proceed in forma pauperis. If this is granted, per Fed. R. Civ. P. Rule 4(c)(3), I wish for the court to instruct the U.S. Marshal to execute service of the summons and complaint on the Defendants.

_David A. Stebbins_
David A. Stebbins
1407 N Spring Rd,
APT #5
Harrison, AR 72601
870-204-6024
