**Residential Lease / Rental Agreement**
Page 1 of 5    *Exhibit A*

**HARP & ASSOCIATES REAL ESTATE SERVICES**
300 S. Main
Harrison, AR 72601
Phone: 870-365-0321    Fax: 870-365-0393

 

Copyright **2008**
Arkansas
REALTORS®
Association

Form Serial Number: **OCJSLL-7EPRCY-OP2D02**

This Residential Lease/Rental Agreement is made this (month) **August** (day) **13**, (year) **2008**, between Owner by and through its authorized agent, **Harp & Associates** _____ (hereinafter called "Management") and **David A. Stebbins** _____ (hereinafter called "Resident").

**1. TERM AND DESCRIPTION:** Owner hereby leases to Resident, based on Resident's representation, Unit Number **5** in the Property known as **1407 N. Spring Rd, Unit 5** located at **1407 N. Spring Rd., Harrison AR 72601**

☒ for the term of **Six Months**
   commencing on (month) **August** (day) **13**, (year) **2008**,
   and ending on (month) **January** (day) **12**, (year) **2009**, or

☐ on a periodic month-to-month basis, beginning on (month) _____ (day) _____, (year) _____, and cancelable by Resident or Owner upon thirty (30) calendar days written notice.

**2. RENT:** Resident is taking possession of the Property on (month) **Aug** (day) **13**, (year) **2008**. Thereafter rent in equal monthly amounts in the amount of $**375** is due and payable in advance without deduction or demand on the first calendar day of each month. Resident agrees to pay the rent promptly when due and further agrees to pay a late charge in the amount of $**\*See Attch** for rental installments or partial installments paid after the first calendar day of each month. In the event of an insufficient check, Resident agrees to pay Owner a service fee of $**\*See Attch**. Resident also understands that the late charge will apply to insufficient checks not replaced prior to the fifth calendar day of the month. Rent and rent installments and other charges as they may apply are to be paid at Management's office or at such place as Management by written notice may designate.

**3. SECURITY DEPOSIT:** Management, on behalf of Owner, acknowledges receipt from Resident the amount of $**300** as Security Deposit, which Resident acknowledges is less than two months rent. The Security Deposit is given by Resident as evidence of Resident's good faith to honor and comply with the terms and conditions of this Residential Lease/Rental Agreement and shall be held by Management in a non-interest-bearing trust account. Management shall hold the Security Deposit, or part thereof, toward any damages or losses Owner may sustain by reason of Resident's default of any kind or nature whatsoever. Damages include but are not limited to: (1) unpaid Resident charges, (2) labor and materials required to clean the Property or a part thereof, (3) the cost of painting and redecorating the Property resulting from unfair wear and tear, (4) the cost of repairing and replacing any portion of the Property that may have been defaced, injured, destroyed, altered or removed in any manner, and (5) administrative costs, advertising, redecoration or other costs similar to those outlined in this paragraph that Management may incur to relet the Property due to premature termination of this Residential Lease/Rental Agreement on the part of Resident. Should Owner's losses due to Resident's default exceed the Security Deposit, Resident agrees to pay Management, on behalf of Owner, for such excess losses when billed. It is further agreed by Resident to remit when billed by Management for damages as outlined in Paragraph 7 of this Residential Lease/Rental Agreement in order that the Security Deposit will remain intact. Management, on behalf of Owner, as may be required by law, shall return the Security Deposit, less any sum deducted in accordance with Arkansas law or this Residential Lease/Rental Agreement, in the time and manner provided by law.

**4. ACKNOWLEDGEMENT OF CONDITIONS:** Resident's acceptance and possession of the Property is conclusive evidence that the Property is in good, satisfactory, and tenantable condition. Neither Owner nor Management have made a representation as to the condition of the Property nor agreed to decorate, alter, or improve the Property except as specified in writing. Resident agrees to surrender the Property at the conclusion of Resident's tenancy in as good condition as when received, reasonable wear excepted.