

Anonymous Anonymous <anonymousxx12345xx@gmail.com>

---

# Read this
1 message

*Exhibit B*

---

**Anonymous Anonymous <anonymousxx12345xx@gmail.com>**     Sat, Mar 12, 2011 at 7:17 PM
To: info@harpandassociates.com

## Overview

The following is a contract between David A. Stebbins of Harrison, AR (me, myself, I), and Harp & Associates Real Estate Services (you), collectively known as "the Parties" (we, us). By performing any of the acceptance methods listed below, you hereby agree to be bound by the following terms:

## Findings

1. I am currently your tenant at the address of 1407 N Spring Rd, APT #5, Harrison, AR 72601
2. You currently want to evict me.
3. I am currently filing a case against you for wrongful eviction.
4. I want you to allow me to continue to live here.

## My consideration

I will increase my share of the rent for the month of April 2011 to $200.

## Your consideration

You may never evict me for any reason except repeated failure to pay rent. You will always accept Section 8 Federal Housing benefits, if I qualify for them. My share of the rent (whether I qualify for Section 8 housing benefits, or if I do not qualify, and my share is 100%) shall not exceed $200 per month. However, if my section 8 housing benefits reduce my share of the rent to less than that, I shall only pay that amount. Furthermore, if you want to evict me for any reason at all, you must first obtain leave from the arbitrator (per the arbitration agreement, as stated below).

## Arbitration

*Exhibit B*

You hereby agree to settle all legal disputes with me – even those not related to this contract – to binding arbitration, using the services of either www.net-arb.com, the American Arbitration Association, or the National Arbitration Forum. Furthermore, you hereby agree to transfer the case spoken of in findings #2 and #3 to binding arbitration. If we use the American Arbitration Association, we will use the commercial rules.

### Forfeit Victory

If you are served with an arbitration invitation, and do not accept this arbitration invitation within 24 hours of receiving it, I automatically win, regardless of the merits of the case. No actual arbitration award needs to be entered; I will simply win the relief I requested, without an arbitration hearing, or even without the arbitrator being any the wiser. If you receive the arbitration invitation in the mail, you must have your acceptance in the mail by the next business day to avoid this forfeit victory clause.

This forfeit victory clause will not extend to you. If I do not accept the arbitration agreement, you must obtain an order to compel arbitration.

### Acceptance method

You accept this contract if you, or your employees and/or affiliates, accept my next rent check of $200 per month. To avoid accepting this contract, you must return the check to me the same day that it was received, and unambiguously inform me that the *reason* you are not accepting the check is in rejection of this contract (even if you reject the check, if you do not specify that this contract's rejection is the reason, you will still be bound by this contract.