| NOTES | RECEIPT | DATE 4·1·11 | NO. 623092 |
|---|---|---|---|
| | RECEIVED FROM David S. | | |
| | ADDRESS 1407 N. Spring #5 | | $ 200 |
| | FOR April | | |

| ACCOUNT | | | HOW PAID | | |
|---|---|---|---|---|---|
| AMT. OF ACCOUNT | | | CASH | | |
| AMT. PAID | | | CHECK | 200 | — |
| BALANCE DUE | | | MONEY ORDER | | |

BY SS

©2001 REDIFORM® 8L816

Exhibit C