Exhibit D

*(Screenshot of Yahoo! Mail showing an email)*

**Arbitration Invitation**

From: David Stebbins <stebbinsd@yahoo.com>
To: info@arbitrationassociates.com
Submission to Arbitration.pdf (128kB)

Here.

Print this out, sign it, and get it back to me. Then, I'll sign it and give it to you, so you can enclose the filing fee.

I'd sign it, first, but my scanner doesn't work.

Sincerely,
David Stebbins