**American Arbitration Association**
*Dispute Resolution Services Worldwide*

*Exhibit E*

Please visit our website at www.adr.org if you would like to file this case online.
AAA Customer Service can be reached at 800-778-7879

**SUBMISSION TO DISPUTE RESOLUTION**

The named parties hereby submit the following dispute for resolution, under the rules of the American Arbitration Association.

**To be completed and signed by all parties (attach additional sheets if necessary).**

Rules Selected: ☐ Commercial  ☐ Construction  ☐ Employment  ☒ Other (please specify) <u>consumer</u>

Procedure Selected: ☒ Binding Arbitration  ☐ Mediation  ☐ Other (please specify) _____.

**NATURE OF DISPUTE:**
Harp & Associates should end the current eviction action and promise to renew my housing benefits when the year-long time period expires.

Dollar Amount of Claim $ 0.00

Other Relief Sought: ☐ Attorneys Fees  ☐ Interest  ☐ Arbitration Costs  ☐ Punitive/Exemplary  ☐ Other _____

PLEASE DESCRIBE APPROPRIATE QUALIFICATIONS FOR ARBITRATOR(S) TO BE APPOINTED TO HEAR THIS DISPUTE:
Someone who has experience in contract issues

Amount Enclosed $ _____  In accordance with Fee Schedule:  ☐ Flexible Fee Schedule  ☒ Standard Fee Schedule

HEARING LOCALE REQUESTED: desk arbitration

Estimated time needed for hearings overall:
_____ hours or ___0.00___ days

We agree that, if arbitration is selected, we will abide by and perform any award rendered hereunder and that a judgment may be entered on the award.

| Name of Party | Name of Party |
|---|---|
| David A. Stebbins | Harp & Associates |
| Address: 1407 N Spring Rd, APT #5 | Address: 300 S. Main St. |
| City: Harrison — State: AR — Zip Code: 72601 | City: Harrison — State: AR — Zip Code: 72601 |
| Phone No. 870-204-6024 — Fax No. | Phone No. 870-365-0321 — Fax No. 870-365-0393 |
| Email Address: stebbinsd@yahoo.com | Email Address: info@harpandassociates.com |
| Signature (required):    Date: | Signature (required):    Date: |
| Name of Representative: not applicable | Name of Representative: |
| Name of Firm (if applicable) not applicable | Name of Firm (if applicable) |
| Address (to be used in connection with this case) 1407 N Spring Rd, APT #5 | Address (to be used in connection with this case) |
| City: Harrison — State: AR — Zip Code: 72601 | City:   State:   Zip Code |
| Phone No. 870-204-6024 — Fax No. | Phone No.   Fax No. |
| Email Address: stebbinsd@yahoo.com | Email Address: |

To begin proceedings, please send a copy of this Demand and the Arbitration Agreement, along with the filing fee as provided for in the Rules, to: American Arbitration Association, Case Filing Services, 1101 Laurel Oak Road, Suite 100 Voorhees, NJ 08043. Send the original Demand to the Respondent.